IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00374–EWN–OES

BRANDON LANE WALTERS,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 7, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation (#32) is ACCEPTED.
2. Defendant's Motion to Dismiss (#20) filed September 21, 2004 is DENIED.
3. Claim One of Plaintiff's Second Amended Complaint filed June 8, 2004 is DISMISSED *sua sponte*, with prejudice, for failure to state a claim upon which relief can be granted.

4. Plaintiff may proceed in this action on Claims Two, Three and Four of his Second Amended Complaint with Claim Five being allowed only as appropriate and to the extent permitted by law, see Fed.R.Civ.P. 54(d)(1).

DATED this 28th day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge