IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00374-EWN-OES

BRANDON LANE WALTERS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

    The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice filed by all the parties, and being fully advised of its premises, hereby

    GRANTS the Motion to Dismiss with Prejudice and

    ORDERS that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action shall be dismissed with prejudice.

    SO ORDERED this 2nd day of December 2005.

                                    BY THE COURT:

                                    <u>s/ Edward W. Nottingham</u>
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge